**Order entered June 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01484-CV

**PNC MORTGAGE, A DIVISION OF PNC BANK, N.A. SUCCESOR TO NATIONAL CITY BANK AND NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA, Appellants**

**V.**

**JOHN HOWARD AND AMY HOWARD, Appellees**

**On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-01559-2010**

## ORDER

Before us is Appellees' Motion to Compel Findings of Fact and Conclusions of Law by the Trial Court filed April 1, 2019. Based on this Court's opinion issued this same date, appellees' motion is **DENIED AS MOOT**.

/s/    AMANDA L. REICHEK
        JUSTICE